UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
RICHARD MARCUS                  :
                                
        Plaintiff,              :    Civil Action No. 14-6230
                                
                                :    HON. MICHAEL A. SHIPP
        v.                      
                                :
IFG MEDICAL                     
                                :
                                
        Defendant.              :
```

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO F.R.Civ.P. 4(m)

PLEASE TAKE NOTICE that the above-captioned action will be dismissed on **March 24, 2015** for failure to effect service of the summons and complaint within 120 days of the filing of the complaint unless you establish that service was effected within said 120 days, by filing proof of service with the Clerk of the Court before the return date of this notice.  If proof of service is not filed before the return date, counsel are required to appear before the Court, to show good cause why this action should not be dismissed.

WILLIAM T. WALSH, CLERK

by: Nativelis Rodriguez
Nativelis Rodriguez, Deputy Clerk

March 10, 2015