UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RICHARD MARCUS | : | |
| | : | |
| Plaintiff, | : | Civil 14-6230 (MAS)(TJB) |
| v. | : | Order for Dismissal |
| | : | Pursuant to F.R. Civ. P. 4(m) |
| IFG MEDICAL | : | |
| | : | |
| Defendants. | : | |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 22nd day of September, 2015,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT COURT JUDGE**